1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10
11   TRISTIN D. KING,                    Case No. 2:19-cv-04938-DOC (GJS)
12              Plaintiff
                                         **ORDER ACCEPTING
13        v.                             FINDINGS AND
                                         RECOMMENDATIONS OF
14   I. JAUREGUI,                        UNITED STATES
                                         MAGISTRATE JUDGE**
15              Defendant.
16
17
18        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all

19   documents filed in this action, Defendant's Motion to Dismiss [Dkt. 20, "Motion"],

20   Plaintiff's Opposition to the Motion [Dkt. 22], and the Report and Recommendation

21   of United States Magistrate Judge [Dkt. 26, "Report"].  The time for filing

22   Objections to the Report passed some time ago and no Objections have been

23   received by the Court.

24        Having completed its review, the Court accepts the findings and

25   recommendations set forth in the Report.  Accordingly, **IT IS ORDERED** that: (1)

26   the Motion is GRANTED; (2) pursuant to Rule 12(b)(6) of the Federal Rules of

27   ///

28   ///

1   Civil Procedure, the First Complaint is dismissed without leave to amend; and (3)

2   Judgment shall be entered dismissing this action with prejudice.

3

4   DATE:  September 28, 2020

    _____

5   DAVID O. CARTER
    UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28