JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISTIN D. KING,<br><br>    Plaintiff<br><br>  v.<br><br>I. JAUREGUI,<br><br>    Defendant. | Case No. 2:19-cv-04938-DOC (GJS)<br><br>**JUDGMENT** |

  Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

  IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE: September 28, 2020             

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE